**Motion Granted; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed December 7, 2021.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-21-00531-CV
_____


**IN RE STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
Relator


**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law # 4 and Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. CI60388**

## MEMORANDUM OPINION

On September 21, 2021, relator State Farm Mutual Automobile Insurance Company filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. On November 23, 2021, relator filed a motion to dismiss its petition. *See* Tex. R. App. P. 42.1. The motion is unopposed. Accordingly, we grant relator's motion to dismiss.

We dismiss relator's petition for writ of mandamus

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Zimmerer.